Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jeffrey A. Bollers, Esq.
Nevada Bar No. 016501
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jeffrey.Bollers@wilsonelser.com
*Attorneys for Defendant
USAA General Indemnity Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN HALL, individually,<br><br>           Plaintiff,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>           Defendants. | Case No.: 2:24-cv-02135-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>ECF Nos. 4, 11 |

Plaintiff Ryan Hall, by and through his attorneys of record Steve Dimopoulos, Esq. and Garnet E. Beal, Esq. of Dimopoulos Injury Law and Defendant USAA General Indemnity Company, by and through its attorneys of record, Sheri M. Thome, Esq. and Jeffrey A. Bollers, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate pursuant to F.R.C.P. 41(a)(1)(A)(ii) for the dismissal **WITHOUT PREJUDICE** of Plaintiff's Second Cause of Action (Breach of the Covenant of Good Faith and Fair Dealing) and Third Cause of Action (Violation of Unfair Claims Practices Act).

The parties further stipulate that Defendant's pending Motion to Dismiss [ECF 4] is denied as moot and the parties respectfully ask the Court to vacate the hearing on such Motion set for January 7, 2025.  Pursuant to F.R.C.P. 12(a)(4)(A), Defendant's Answer to Plaintiff's Complaint shall be due within 14 days of the date on which the Court enters the Order so denying the Motion.

///

305297030v.1

Each party shall bear its own fees and costs related to the dismissal of Plaintiff's Second and Third Causes of Action and the disposition of Defendant's Motion to Dismiss [ECF 4]. Plaintiff's First Cause of Action (Underinsured Motorist Benefits - Breach of Contract) remains pending.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 5th day of December, 2024. | Dated this 5th day of December, 2024. |
| DIMOPOULOS INJURY LAW | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| By: */s/ Garnet Beal*<br>Steve Dimopoulos, Esq.<br>Nevada Bar No. 12729<br>Garnet E. Beal, Esq.<br>Nevada Bar No. 12693<br>6671 Las Vegas Blvd. South, Suite 275<br>Las Vegas, Nevada 89119<br>*Attorneys for Plaintiff Ryan Hall* | By: */s/ Jeffrey A. Bollers*<br>Sheri M. Thome, Esq.<br>Nevada Bar No. 008657<br>Jeffrey A. Bollers, Esq.<br>Nevada Bar No. 016501<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendant USAA General Indemnity Company* |

## ORDER

Based on the parties' Stipulation and Order for Dismissal [ECF No. 11], Plaintiff's Second and Third Causes of Action are hereby dismissed WITHOUT PREJUDICE, each party to bear its own fees and costs of the dismissal; the defendant's motion to dismiss [ECF No. 4] is DENIED without prejudice as moot; and the hearing on that motion scheduled for 1/7/25 is VACATED.

_____
UNITED STATES DISTRICT JUDGE
12/6/24

305297030v.1