Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jeffrey A. Bollers, Esq.
Nevada Bar No. 016501
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jeffrey.Bollers@wilsonelser.com
*Attorneys for Defendant*
*USAA General Indemnity Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN HALL, individually, | Case No.: 2:24-cv-02135-JAD-BNW |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| USAA GENERAL INDEMNITY COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, | |
| | [ECF No. 18] |
| Defendants. | |

Plaintiff Ryan Hall, by and through his attorneys of record Steve Dimopoulos, Esq. and Ryan T. O'Malley, Esq., of Dimopoulos Injury Law and Defendant USAA General Indemnity Company, by and through its attorneys of record, Sheri M. Thome, Esq. and Jeffrey A. Bollers, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate pursuant to F.R.C.P. 41(a)(1)(A)(ii) to the dismissal **WITH PREJUDICE** of all of Plaintiff's causes of action in the above-captioned matter. Each party shall bear its own fees, costs and interest.

///

///

///

///

///

309080324v.1

1     This stipulation fully resolves all causes of action that were or could have been asserted in the above-captioned matter.

**IT IS SO STIPULATED.**

Dated this 2nd day of April, 2025.    Dated this 2nd day of April, 2025.

DIMOPOULOS INJURY LAW    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Ryan T. O'Malley*    By: */s/ Jeffrey A. Bollers*
Steve Dimopoulos, Esq.    Sheri M. Thome, Esq.
Nevada Bar No. 012729    Nevada Bar No. 008657
Ryan T. O'Malley, Esq.    Jeffrey A. Bollers, Esq.
Nevada Bar No. 012693    Nevada Bar No. 016501
6671 Las Vegas Blvd. South, Suite 275    6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119    Las Vegas, Nevada 89119
*Attorneys for Plaintiff Ryan Hall*    *Attorneys for Defendant*
    *USAA General Indemnity Company*

## ORDER

Upon stipulation by counsel for the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's causes of action against Defendant in the above-captioned matter are dismissed WITH PREJUDICE, each party to bear its own fees and costs. **The Clerk of Court is directed to CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 3, 2025

-2-

309080324v.1